**CLOSED**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Abdolhossain Motealleh;<br><br>                              Plaintiff,<br><br>v.<br><br>California Department of Transportation et al;<br><br>                              Defendants | Case No. CV 12-2695 CBM (PJWx)<br><br>**JUDGMENT**  JS6<br><br>Judge: Hon. Consuelo B. Marshall |

The Court has granted the Motion to Dismiss brought by defendants California Department of Transportation, et al (collectively, "Defendants"). Now therefore, **IT IS ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Defendants.

DATED: March 4, 2014

_____
Honorable Consuelo B. Marshall
United States District Judge

JUDGMENT